# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 79  SSM 12
In the Matter of Tyrell FF., &c.

Schenectady County Department
of Social Services,
        Respondent;
Jaquasisa GG.,
        Appellant.

Submitted by Karen R. Crandall, for appellant.
Submitted by Michael R. Godlewski, for respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On review of submissions pursuant to section 500.11 of the Rules, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided June 25, 2019